# *In the United States District Court*

## FOR THE DISTRICT OF KANSAS
### (Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KEVIN JOHNSON,** )<br>)<br>Defendant. )<br>) | **CASE NUMBER: 09-** 20125 CM/JPO |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 18, 2009, in the District of Kansas, the defendant,

**KEVIN JOHNSON,**

did unlawfully, knowingly, and intentionally possess with intent to distribute approximately

more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21,

1

United States Code, Sections 841(a)(1) and 841(b)(1)(A).

                            A TRUE BILL.

DATED: October 7, 2009            *s/ Foreperson*
                                       FOREPERSON

s/Kim I. Martin, # 13407 for
LANNY D. WELCH
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas  67202
Tel: 316-269-6481
Fax: 316-269-6484
lanny.welch@usdoj.gov
Ks.S.Ct. No. 12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

2

**PENALTIES:**

**Count 1:** **21 U.S.C. § 841(a)(1)** - Possession with intent to distribute a controlled substance

- NLT 10 years and NMT life imprisonment,
- NMT $4,000,000.00 fine,
- NLT 5 years supervised release, and
- $100 special assessment

If the defendant has a prior felony drug conviction then:

- NLT 20 years and NMT life imprisonment,
- NMT $8,000,000.00 fine,
- NLT 10 years supervised release, and
- $100 special assessment

If the defendant has two or more prior felony drug convictions then:

- NLT life imprisonment,
- NMT $8,000,000.00 fine,
- NLT 10 years supervised release, and
- $100 special assessment