IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  }<br>   Plaintiff,     }<br>              }<br>   vs.          }  Case No. 09-20125-01-CM<br>              }<br>KEVIN JOHNSON,      }<br>   Defendant.      } | |

MOTION FOR MORE TIME TO FILE PRETRIAL MOTIONS

NOW COMES Defendant, Kevin Johnson, by and through counsel, Kirk Redmond and moves the Court to extend the deadline for filing pretrial motions in the above captioned case. In support of this application, Defendant states to the Court as follows:

1. Defendant first appeared on October 8, 2009, and his current motion deadline was set at that time. However, at this time, defendant has not receive discovery in the case.

2. Review of the discovery is essential before determining what, if any, motions would need to be filed in this case.

3. Defendant is in custody at CCA in Leavenworth, Kansas. Defendant asserts that this request for additional time is justified under the circumstances to allow counsel to meet his constitutional obligation to provide effective assistance of counsel. The Tenth Circuit Court of Appeals held in *United States v. Mobile Materials, Inc.,* 871 F.2d 902 (10th Cir. 1989) that additional time to prepare for filing pretrial motions was a "permissible addition" to the list of "proceedings concerning the defendant" under Title 18 U.S.C. Section 3161(h)(1). The court observed that a particular defendant could make the choice to proceed directly to trial, or elect to request additional time to allow adequate preparation.

4. Further, the ends of justice would be served by granting the continuance, and outweigh both the interests of the public and the Defendant in a speedy trial. Title 18 U.S.C. Section 3161(h)(7)(A). Specifically, only 15 days have elapsed between the receipt of the discovery and the initial motion deadline. It is unreasonable to expect counsel to determine in that short time whether pretrial motions are appropriate. Such a lack of preparation time would preclude Defendant from receiving the effective assistance of counsel he deserves.

5. Government counsel, Kim Martin could not be reached for her position on this, but it is expected that she would have no objection to this request.

WHEREFORE, Defendant respectfully requests that the Court extend the time for filing pretrial motions for a two weeks.

Respectfully submitted,

s/ Kirk Redmond
KIRK REDMOND     #18914
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
E-mail: Kirk_Redmond@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kim Martin
kim.martin@usdoj.gov

s/ Kirk Redmond
KIRK REDMOND    #18914
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
E-mail: Kirk_Redmond@fd.org
